IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Philip Oakes, | CASE NO: |
| Plaintiff, | CV–25–01286–PHX–SRB (JZB) |
| v. | |
| Gannett Media Corporation, | **NOTICE OF ASSIGNMENT** |
| Defendant. | |

    On April 16, 2025, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Susan R Bolton and has been referred to Magistrate Judge John Z Boyle (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

    DATED this 16th day of April, 2025.

*s/Debra D. Lucas*

Debra D. Lucas
District Court Executive & Clerk of Court

cc: Plaintiff