WARNINGS

You are notified that the above case number has been assigned to your case. You must include the complete case number on all documents sent to the Court for filing in this case. Failure to do so results in delayed processing of your documents.

| **Matters with PHX or PCT in the case number shall be sent to:**<br><br>Phoenix & Prescott Divisions:<br>U.S. District Court Clerk<br>U.S. Courthouse, Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, Arizona  85003-2119 | OR | **Matters with TUC in the case number shall be sent to:**<br><br>Tucson Division:<br>U.S. District Court Clerk<br>U.S. Courthouse, Suite 1500<br>405 West Congress Street<br>Tucson, Arizona  85701-5010 |
|---|---|---|

**If you are incarcerated at a facility that uses electronic filing, you must use electronic filing.**

If you have: (1) submitted a complaint or petition and (2) filed a fully completed in forma pauperis application or paid the full filing fee for a civil action, the Court will review your complaint or petition before serving defendants or respondents. The Court will "screen" your complaint or petition to identify which claims may proceed. In civil rights cases, the Court will also dismiss any claims that are "frivolous, malicious, or fail to state a claim upon which relief may be granted" or if the complaint "seeks monetary relief from a defendant who is immune from such relief." *See* 28 U.S.C. § 1915A(a), (b). This process may take many months.

For timely processing of your pleadings or correspondence, please comply with the Federal Rules of Civil Procedure (Fed. R. Civ. P.) and the Local Rules of Civil Procedure (LRCiv) for the United States District Court for the District of Arizona, in particular:

• **Signature and Date**: You must sign your name and date every document you file. If you are incarcerated, the date should reflect the date you submit your filing to jail/prison/detention officials for mailing. (Fed. R. Civ. P. 11)

• **Caption**:  Every document you submit to the Court must include your name, address, and prisoner identification number in the upper left-hand corner of the first page. The caption on the first page must include (1) the title of this Court, (2) the title of the case, (3) the case number assigned to this case (including all initials and letters that follow the number), and (4) the title of your document. Please see the attached Exhibit A for a sample. If you are pursuing more than one case in this Court, you must submit a separate original

document with the appropriate case number *for each* case in which you want the document filed. (LRCiv 7.1(a))

- **Formatting**: Documents you submit to the Court must be <u>legible</u>, on letter-sized paper (8 ½" x 11" paper), have writing on only one (1) side of the page, have margins of at least one (1) inch on all four edges of each page, and have no more than 28 lines on a page. Please see the attached Exhibit A for a sample. Pages should be stapled together once, if possible, in the top left corner. Pages within a document should not be stapled separately. (LRCiv 7.1(b))

- **Change of Address**: If you move to a new unit, new institution, or are released, you must immediately file with the Court written notification of your changes of address. Please see the attached Exhibit B for a sample. If your case has proceeded beyond the screening stage, the written notification must include proof of service on each opposing party or the party's attorney. If you fail to follow this rule, the Court may dismiss your case. (LRCiv 83.3(d))

- **Personal Identifying Information**: If you file papers with the Court that contain an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, redact (black-out) the information and include only the last four digits of the social-security number or financial-account number (rather than the entire number), the year the individual was born (rather than the entire birthdate), and/or the minor's initials (rather than the minor's full name). (Fed. R. Civ. P. 5.2(a))

- **Page Numbers**: Please number all pages at the bottom. (LRCiv 7.1(b)(1))

- **Copies of Filings**:

    **Institutions Participating in E-Filing**: Originals of pleadings or other papers submitted to the Court will be returned to you by prison officials after they are submitted to the Court.

    **Institutions not Participating in E-Filing**: If you wish to receive a file-stamped copy from the Court of any pleading or other paper, you must include two (2) additional copies for that purpose in your mail filing.

    Except as reflected above, the Court cannot provide free copies for parties, even indigent plaintiffs proceeding in forma pauperis. If you wish to receive copies of electronically filed documents from the Court, the cost is $0.50 per page. *See* Judicial Conference Schedule of Fees ¶ 4, foll. 28 U.S.C. § 1914.

- **Amended Complaints or Petitions**: If you file a motion to amend your complaint or petition, you must attach the proposed amended complaint or petition to the motion.

The proposed amended complaint or petition must be complete and include *all* claims, defendants or respondents, and factual allegations you wish to raise. The amended complaint or petition will replace the original complaint or petition and may not refer to the original complaint or petition. (*See* LRCiv 15.1(a)).  If the Court dismisses a complaint or petition with leave to amend, you need not filed a separate motion for leave to amend.

**Other Information**:

- **Request for Case Status**: The Court will notify you as soon as any action is taken in your case.  As long as you keep the Court updated of your current address, you will receive all Court decisions that might affect the status of your case.
    o Please do not call a Judge's Chambers to inquire about the status of your case.
    o Due to the large number of cases pending before the Court, THE CLERK OF COURT IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE.

- **Communication with Court and Clerk's Office**:  It is improper to communicate directly with court personnel about the merits of your case.  Simply mailing a letter to the Clerk of Court, the judge, or any court personnel is inappropriate.
    o A request for action by the Court must be in the form of a motion that complies with the Local Rules of Civil Procedure.  Any letters directed to the Clerk of Court, the judge, or any court personnel may be stricken from the record and returned.

- **Repetitive Motions**:  Filing multiple motions requesting the same relief strains the resources of the Court and generally delays a decision in the case.  The Court may impose sanctions on parties who engage in such litigation tactics.

- **Evidence**:  The parties may not file evidence with the Court until it is called for in a motion, response, or reply to a motion.  You should keep the evidence to support or oppose a motion to dismiss, a motion for summary judgment, or at trial.

- **Service**:  After the Court screens your complaint or petition, it will order service upon defendants or respondents if it finds you have stated a claim.  If you are proceeding in forma pauperis, service may be performed by the United States Marshal Service.  You do not need to file a motion for service.

- **Verified Motions/Declarations:**  To file a verified motion or a declaration, you must include the following language at the end of your filing: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct."  You must then sign and date the filing.  (28 U.S.C. § 1746)

- **Docket Sheet**: The Court will keep track of your filings on a docket sheet. A docket sheet is a formal record on which judges or court clerks briefly note all proceedings and filings in a court case. If you wish to receive a copy of the docket sheet in your case from the Court, the cost is $0.50 per page.

- **Handbook for Self-Represented Litigants**: Please review the Handbook for Self-Represented Litigants for more information. A copy of the handbook is available in the prison library.

**This is an advisory notice only. Please do not rely solely on this notice. All litigants are required to follow the Federal and Local Rules of Civil Procedure for the District of Arizona.**

# EXHIBIT A

_____

_____

_____

[Your Name and Address]

[Prisoner ID Number]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| [Your Name], | No. CV [Case Number] |
|---|---|
| Plaintiff, | |
| v. | **DOCUMENT TITLE** |
| [Name of First Defendant], et al., | |
| Defendants. | |

BODY OF PLEADING, MOTION, or NOTICE

Signed on this_____day of_____, 20\_\_\_.

_____
(Signature of Plaintiff)

# EXHIBIT B

```
Name:    _____
ADC#     _____
Address: _____
         _____
         _____
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

        Plaintiff,

    v

_____

        Defendant(s),

Case No. _____

**Notice of Change of Address**

    I, _____, Plaintiff in the above entitled and numbered action, hereby give notice of change of address.  My new mailing address is:

        _____
        _____
        _____
        _____
        _____

    Respectfully submitted this _____ day of _____, 20___.

        Signed by _____

Copy of the foregoing mailed

this _____ day of _____, 20___, to:

9