| | |
|---|---|
| 1 | **NICHOLAS PHILIP OAKES** |
| 2 | 501 North 24th Street<br>Phoenix, AZ 85008 |
| 3 | (602) 244-1331 [Cottonwood unit] |
| 4 | nick.oakes@fox-ranch.com |
| 5 | Plaintiff in *Pro. Per.* |



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Nicholas Philip Oakes, | | Case No. CV–25–01286–PHX–SRB (JZB) |
| | Plaintiff, | |
| v. | | **PLAINTIFF'S MOTION FOR AN ORDER TO PROCEED WITHOUT SCREENING** |
| Gannett Media Corp., | | |
| | Defendant. | |

Plaintiff Nicholas Philip Oakes ("Plaintiff") hereby moves for an order allowing the case to proceed without screening of the Complaint under 28 U.S.C. § 1915A.

The plain language of 28 U.S.C. § 1915A(a) directs screening only where "a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." In this case, Plaintiff does not seek redress from a governmental entity or its agents, but from a private media corporation—Gannett Media Corp. Accordingly, § 1915A does not apply, and screening is not required.

**WHEREFORE,** Plaintiff respectfully requests that the Court order this case to proceed without screening under 28 U.S.C. § 1915A(a).

**DATED** this 28th day of April, 2025.

*/s/ Nicholas P. Oakes*
_____
**Nicholas Philip Oakes**
Plaintiff in *Pro. Per.*

Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Philip Oakes,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Gannett Media Corp.,<br><br>　　　　Defendant. | Case No. CV–25–01286–PHX–SRB (JZB)<br><br>**[PROPOSED] ORDER** |

Before the Court is Plaintiff Nicholas Philip Oakes's motion requesting that this action proceed without screening under 28 U.S.C. § 1915A. Plaintiff asserts that screening is not required because the Complaint seeks redress from a private entity, not a governmental actor or employee.

Upon consideration of the motion and the applicable law, and for good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's request to proceed without screening under 28 U.S.C. § 1915A is **GRANTED**. This action shall proceed in the normal course without initial screening under § 1915A.

**DATED** this ___ day of _____, 2025.

_____
District Court Judge

Page 1 of 1